IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALEXIS SANTIAGO, *et al.*

           **Plaintiffs**

   **v.**

CHRISTOPHER HULMES, *et al.*

           **Defendants**

CIVIL ACTION
NO. 14-07109

## ORDER

**AND NOW**, this 30th day of March, 2015, upon consideration of Defendants' Motion For Partial Dismissal (Doc. No. 3), to which no opposition was filed, it is **ORDERED** that:

1. The Motion is **GRANTED**;

2. Plaintiffs' claims against Defendants Police Commissioner Charles Ramsey, First Deputy Commissioner Richard Ross Jr., Deputy Commissioners Kevin Bethel, Thomas Wright, William Blackburn, and Denise Turpin are **DISMISSED WITHOUT PREJUDICE**;

3. Plaintiffs' claims for False Arrest (Count II), False Imprisonment (Count III), and Malicious Prosecution (Count IV) are **DISMISED WITHOUT PREJUDICE**;

4. Plaintiffs' claims for Negligent Infliction of Emotional Distress (Count VI), Negligence (Count VIII), Defamation (Count IX), and Invasion of Privacy (Count X) are **DISMISSED WITH PREJUDICE**;

5. Plaintiffs are granted leave to file an Amended Complaint, consistent with this Order, on or before **April 20, 2015**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.